IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOSHUA TAYLOR HUMPHREY, | * |
| Plaintiff, | * |
| v. | Case No.   5:21-CV-00436-TES-TQL |
| | * |
| WARDEN TARMARSHE SMITH, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 12, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 12th day of May, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk